1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12

| | |
|---|---|
| BLUE MOUNTAIN HOMES, LLC, | )   1:13-cv-660 AWI-BAM |
| Plaintiff, | )<br>)   ORDER TRANSFERRING ACTION TO<br>)   SACRAMENTO DIVISION |
| v. | ) |
| GARY and LINDA SHORT, | ) |
| Defendants. | ) |

13
14      Defendants Gary and Linda Short ("Defendants"), proceeding pro se, filed their Notice of

15   Removal from the Solano County Superior Court on May 6, 2013, on the basis of federal question

16   jurisdiction pursuant to 28 U.S.C. § 1331.  (Def.'s Notice of Removal, 2:16-18, Doc. 2).  The

17   underlying dispute is an unlawful detainer action filed by Blue Mountain Homes LLC, ("Plaintiff")

18   against Defendants. The alleged violations took place in Solano County, which is part of the

19   Sacramento Division of the United States District Court for the Eastern District of California. *See*

20   Local Rule 120(d).

21      Title 28 of the United States Code Section 1391(b) provides

22      A civil action wherein jurisdiction is not founded solely on diversity of citizenship may,
        except as otherwise provided by law, be brought only in (1) a judicial district where any
23      defendant resides, if all defendants reside in the same State, (2) a judicial district in which
        a substantial part of the events or omissions giving rise to the claim occurred, or a
24      substantial part of property that is the subject of the action is situated, or (3) a judicial
        district in which any defendant may be found, if there is no district in which the action
25      may otherwise be brought.

26      The Court is transferring this action to the Sacramento Division of the Eastern District of

27   California pursuant to Title 28 United States Code Section 1404(a) in the interests of justice for the

28   following reasons. The actions giving rise to Plaintiff's complaint all arose in Solano County and

Plaintiff's business address is located in Vacaville, California which is not within the Fresno division's jurisdiction.  *See* 28 U.S.C. § 1391(b)(2).  Further, Defendants appear to reside in Fairfield, California, which is in Solano County.

Good cause appearing, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

**Dated:**   **May 8, 2013**          **/s/ Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE